578

470 A.2d 1019

Commonwealth v. Greely, Appellant.
Petition for Allowance of Appeal
Denied June 22, 1984.

Submitted November 8, 1983. John P. Liekar, for appellant; Frank C. Roney, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and CERCONE, JJ.

Judgment of sentence affirmed.

470 A.2d 1019

Commonwealth v. Harvey, Appellant.
Petition for Allowance of Appeal
Denied May 14, 1984.

Submitted October 24, 1983. Rosemarie T. Kenkelen, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BROSKY and HOFFMAN, JJ.

Judgment of sentence affirmed.